IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALONZO NALLS, #222 535, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:11-CV-799-TMH |
| | )                              [WO] |
| STATE OF ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #8) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that:

1.  The Recommendation (Doc. #8) of the Magistrate Judge is ADOPTED;

2.  Plaintiff's Motion for a Preliminary Injunction (Doc. #1) is DENIED as moot; and

3.  Plaintiff's Complaint is DISMISSED without prejudice for lack of jurisdiction.

Done this 9th day of December, 2011.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE